UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: DAMBRAUSKAS, DAVID A                    § Case No. 10-73222
                                               §
                                               §
Debtor(s)                                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY            , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 S. Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/16/2012 in   Room 115   United States Courthouse,

United States Courthouse
211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: _/ /_____     By: ___/s/ STEPHEN G. BALSLEY_____
                                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010**)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: DAMBRAUSKAS, DAVID A § Case No. 10-73222
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 51,000.00 |
| *and approved disbursements of* | $ | 41,650.70 |
| *leaving a balance on hand of* [1] | $ | 9,349.30 |
| **Balance on hand:** | $ | 9,349.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 9,349.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,575.00 | 0.00 | 4,575.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 750.00 | 0.00 | 750.00 |
| Accountant for Trustee, Fees - McGladrey & Pullen, LLP | 946.50 | 0.00 | 946.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 6,271.50 |
| Remaining balance: | $ | 3,077.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,077.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,077.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,544.22 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 2,194.72 | 0.00 | 245.24 |
| 2 | Chase Bank USA, N.A. | 2,134.08 | 0.00 | 238.46 |
| 3 | Chase Bank USA, N.A. | 1,163.42 | 0.00 | 130.00 |
| 4 | Wrigley Associates Credit Union | 19,778.42 | 0.00 | 2,210.05 |
| 5 | GE Money Bank | 1,373.30 | 0.00 | 153.45 |
| 6 | GE Money Bank | 900.28 | 0.00 | 100.60 |

Total to be paid for timely general unsecured claims: $ 3,077.80
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:  $    0.00

Prepared By:  /s/STEPHEN G. BALSLEY
                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                    Case No. 10-73222-MB
David A Dambrauskas                                       Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith              Page 1 of 2          Date Rcvd: Apr 16, 2012
                              Form ID: pdf006             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2012.
db           +David A Dambrauskas,    565 Mallard Circle,    Sandwich, IL 60548-9557
15770887      Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16362142      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15770889      Creditors Resource Service,    PO Box 3107,    Naperville, IL 60566-7107
15770890      Dreyer Medical Clinic,    P.O. Box 2091,    Aurora, IL 60507-2091
15770892      HSBC Retail Services - Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
15770893      John Deere Credit,    PO Box 650215,    Dallas, TX 75265-0215
15770896      Quest Diagnostics,    P.O. Box 64804,    Baltimore, MD 21264-4804
15770897      Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
15770899     ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
              (address filed with court: Rush University Medical Group,    75 Remittance Dr., Ste 1611,
               Chicago, IL 60675-1611)
15770898      Rush University Medical Center,    PO Box 4075,    Carol Stream, IL 60197-4075
15770901     +Wrigley Associates Credit Union,    2800 N. Route 47,    Yorkville, IL 60560-9441
16641508     +Wrigley Associates Credit Union,    c/o Attorney Paul S. Godlewski,    One Court Place, Suite 103,
               Rockford, IL 61101-1088
15770902     +Wrigley Credit Union,    2800 N. Route 47,    Yorkville, IL 60560-9441
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16307334      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2012 03:33:52
               American Infosource Lp As Agent for,    Target,   PO Box 248866,    Oklahoma City, OK 73124-8866
16666252      E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2012 03:13:19     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15770891      E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 03:12:01     GE Money Bank/Wal-Mart,
               PO Box 530927,   Atlanta, GA 30353-0927
15770894      E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 03:23:43     Lowe's,   P.O. Box 530914,
               Atlanta, GA 30353-0914
15770895     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 17 2012 03:14:25
               NCO Financial Systems Inc.,    PO Box 4906,    Trenton, NJ 08650-4906
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15770888*     Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
15770900     ##Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
                                                                                       TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2012**              **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: lorsmith              Page 2 of 2               Date Rcvd: Apr 16, 2012
                              Form ID: pdf006             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2012 at the address(es) listed below:
          Bradley J Waller   on behalf of Debtor David Dambrauskas bwaller@ksbwl.com, vmaurer@ksbwl.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Paul S. Godlewski   on behalf of Creditor Wrigley Associates Credit Union psglegal@aol.com
          Stephen G Balsley   sbalsley@bslbv.com, IL47@ecfcbis.com
          Stephen G Balsley   on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
                                                                                                               TOTAL: 5