# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: DAMBRAUSKAS, DAVID A                     §   Case No. 10-73222
                                                §
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $8,525.00             Assets Exempt: $17,958.24
*(without deducting any secured claims)*

Total Distribution to Claimants:$3,077.80     Claims Discharged
                                              Without Payment: $27,246.84

Total Expenses of Administration:$35,172.20

    3)  Total gross receipts of $      51,000.00     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      12,750.00  (see **Exhibit 2**), yielded net receipts of  $38,250.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,716.76 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,610.20 | 35,172.20 | 35,172.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,965.52 | 27,544.22 | 27,544.22 | 3,077.80 |
| **TOTAL DISBURSEMENTS** | $31,682.28 | $65,154.42 | $62,716.42 | $38,250.00 |

4)  This case was originally filed under Chapter 7 on June 28, 2010. The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2012_____  By: /s/STEPHEN G. BALSLEY_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| EEOC case | 1149-000 | 51,000.00 |
| **TOTAL GROSS RECEIPTS** | | $51,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mr. David A. Dambrauskas | Debtor's Claimed Exemption in EEOC case | 8100-002 | 12,750.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $12,750.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wrigley Credit Union | 4110-000 | 1,716.76 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,716.76 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 4,575.00 | 4,575.00 | 4,575.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,188.00 | 750.00 | 750.00 |
| McGladrey & Pullen, LLP | 3310-000 | N/A | 946.50 | 946.50 | 946.50 |
| Harmon & Davies, P.C. | 3210-600 | N/A | 25,500.00 | 25,500.00 | 25,500.00 |
| Harmon & Davies, P.C. | 3220-610 | N/A | 1,270.70 | 1,270.70 | 1,270.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| United States Treasury | 2810-000 | N/A | 267.00 | 267.00 | 267.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,813.00 | 1,813.00 | 1,813.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $37,610.20 | $35,172.20 | $35,172.20 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 2,113.96 | 2,194.72 | 2,194.72 | 245.24 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 2,052.30 | 2,134.08 | 2,134.08 | 238.46 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 1,031.18 | 1,163.42 | 1,163.42 | 130.00 |
| 4 | Wrigley Associates Credit Union | 7100-000 | 19,785.86 | 19,778.42 | 19,778.42 | 2,210.05 |
| 5 | GE Money Bank | 7100-000 | 1,359.80 | 1,373.30 | 1,373.30 | 153.45 |
| 6 | GE Money Bank | 7100-000 | 842.00 | 900.28 | 900.28 | 100.60 |
| NOTFILED | John Deere Credit | 7100-000 | 1,798.66 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 12.17 | N/A | N/A | 0.00 |
| NOTFILED | Rush University Medical Group | 7100-000 | 188.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 40.58 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Rush University Medical Center | 7100-000 | 15.39 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services - Best Buy | 7100-000 | 591.22 | N/A | N/A | 0.00 |
| NOTFILED | Dreyer Medical Clinic | 7100-000 | 134.40 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $29,965.52 | $27,544.22 | $27,544.22 | $3,077.80 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-73222 | **Trustee:** (330410)   STEPHEN G. BALSLEY |
| **Case Name:** DAMBRAUSKAS, DAVID A | **Filed (f) or Converted (c):** 06/28/10 (f) |
| | **§341(a) Meeting Date:** 08/12/10 |
| **Period Ending:** 08/28/12 | **Claims Bar Date:** 01/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Checking account Old Second | 100.00 | 0.00 | DA | 0.00 | FA |
| 2   Savings account Old Second | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 3   Used - Household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 4   Used - Wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 5   1999 Chevrolet Blazer 211,000 miles | 2,425.00 | 0.00 | DA | 0.00 | FA |
| 6   EEOC case<br>   See Order to Compromise Controversy entered January 4, 2012. | Unknown | 0.00 | | 51,000.00 | FA |
| **6   Assets   Totals** (Excluding unknown values) | **$8,525.00** | **$0.00** | | **$51,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 1, 2012          **Current Projected Date Of Final Report (TFR):**    April 4, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-73222 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** DAMBRAUSKAS, DAVID A | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******24-66 - Checking Account |
| **Taxpayer ID #:** **-***6395 | **Blanket Bond:** $296,000.00  (per case limit) |
| **Period Ending:** 08/28/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/13/12 | | Harmon & Davies, P.C. | EEOC Claim Settlement Proceeds | | 24,229.30 | | 24,229.30 |
| | {6} | | EEOC Litigation Settlement Amount      51,000.00 | 1149-000 | | | 24,229.30 |
| | | | Attorney Peter Currie - Special Counsel Fees     -25,500.00 | 3210-600 | | | 24,229.30 |
| | | | Attorney Peter Currie - Special Counsel Expenses     -1,270.70 | 3220-610 | | | 24,229.30 |
| 02/22/12 | 101 | Mr. David A. Dambrauskas | Debtor's Claimed Exemption in EEOC case | 8100-002 | | 12,750.00 | 11,479.30 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,454.30 |
| 03/19/12 | 102 | United States Treasury | 2011 Form 1041; Estate Tax ID No. 38-7016395 | 2810-000 | | 267.00 | 11,187.30 |
| 03/19/12 | 103 | Illinois Department of Revenue | 2011 Illinois Form 1041; Estate Tax ID No. 38-7016395 | 2820-000 | | 1,813.00 | 9,374.30 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,349.30 |
| 05/16/12 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $750.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 750.00 | 8,599.30 |
| 05/16/12 | 105 | McGladrey & Pullen, LLP | Dividend paid 100.00% on $946.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 946.50 | 7,652.80 |
| 05/16/12 | 106 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,575.00, Trustee Compensation;  Reference: | 2100-000 | | 4,575.00 | 3,077.80 |
| 05/16/12 | 107 | American Infosource Lp As Agent for | Dividend paid  11.17% on $2,194.72; Claim# 1; Filed: $2,194.72; Reference: | 7100-000 | | 245.24 | 2,832.56 |
| 05/16/12 | 108 | Chase Bank USA, N.A. | Dividend paid  11.17% on $2,134.08; Claim# 2; Filed: $2,134.08; Reference: | 7100-000 | | 238.46 | 2,594.10 |
| 05/16/12 | 109 | Chase Bank USA, N.A. | Dividend paid  11.17% on $1,163.42; Claim# 3; Filed: $1,163.42; Reference: | 7100-000 | | 130.00 | 2,464.10 |
| 05/16/12 | 110 | Wrigley Associates Credit Union | Dividend paid  11.17% on $19,778.42; Claim# 4; Filed: $19,778.42; Reference: | 7100-000 | | 2,210.05 | 254.05 |
| 05/16/12 | 111 | GE Money Bank | Dividend paid  11.17% on $1,373.30; Claim# 5; Filed: $1,373.30; Reference: | 7100-000 | | 153.45 | 100.60 |
| 05/16/12 | 112 | GE Money Bank | Dividend paid  11.17% on $900.28; Claim# 6; Filed: $900.28; Reference: | 7100-000 | | 100.60 | 0.00 |

Subtotals :          $24,229.30          $24,229.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-73222
**Case Name:** DAMBRAUSKAS, DAVID A

**Taxpayer ID #:** **-***6395
**Period Ending:** 08/28/12

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******24-66 - Checking Account
**Blanket Bond:** $296,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 24,229.30 | 24,229.30 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 24,229.30 | 24,229.30 | |
| | | | Less: Payments to Debtors | | | 12,750.00 | |
| | | | NET Receipts / Disbursements | | $24,229.30 | $11,479.30 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******24-66 | 24,229.30 | 11,479.30 | 0.00 |
| | $24,229.30 | $11,479.30 | $0.00 |

{} Asset reference(s)

Printed: 08/28/2012 12:38 PM    V.13.02